## Myers *v.* Luzerne County, Appellant.

Argued May 29, 1918.   Appeal, No. 6, Jan. T., 1918, by defendant, from judgment of C. P. Luzerne Co., June T., 1915, No. 375, for plaintiff for want of a sufficient affidavit of defense in case of Harry Myers v. County of Luzerne.   Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ.   Reversed.

Assumpsit on a contract of employment.

Rule for judgment for want of a sufficient affidavit of defense.   Before GARMAN, J.

The facts appear in Moore v. Luzerne County, 262 Pa. 216.

The court entered judgment for plaintiff for want of a sufficient affidavit of defense.   Defendant appealed.

*Error assigned* was in entering judgment for plaintiff for want of a sufficient affidavit of defense.

*Frank A. McGuigan,* with him *William S. McLean, Sr.,* for appellant.

*John T. Lenahan,* for appellee.

OPINION BY MR. JUSTICE SIMPSON, July 17, 1918:

The statement of claim and affidavits of defense in this case raise the same questions as those in C. H. Moore v. Luzerne County, 262 Pa. 216, No. 5, January Term, 1918.   For the reasons set forth in the opinion in that case, this day filed,

This judgment is reversed and a procedendo awarded.